

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2021

No. 04-21-00108-CV

**IN THE INTEREST OF B.K.C., A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00984
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant Mother A.C. has filed a motion for extension of time to file her brief. Similarly, Appellant Father K.D. has filed a motion for extension of time to file his appellant's brief. We GRANT the motions. Both appellants' briefs are due on May 31, 2021.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court